THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GONZALEZ, Appellant. [893 NYS2d 798]—

Concur—Saxe, J.P., Catterson, Moskowitz, DeGrasse and Abdus-Salaam, JJ.

IRINA ZAK, Appellant, v BETTY MINTZ, Respondent. [891 NYS2d 280]—

There was no evidence that defendant refused to obey an order for disclosure or wilfully failed to disclose information. Plaintiff declined the court's offer to submit interrogatories or to conduct a continued deposition of defendant. Accordingly, denial of the motion was a proper exercise of the court's discretion (*Gross v Edmer Sanitary Supply Co.*, 201 AD2d 390 [1994]). Concur—Saxe, J.P., Catterson, Moskowitz, DeGrasse and Abdus-Salaam, JJ.